**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

Rene S. Ryman, individually, and as
Personal representative and next-of-kin of
Lowell Edward Ryman, Deceased,

    Plaintiff,

vs.                                                    Case No. CV 08-372 WDS/RLP

Regents of the University of
California f/d/b/a Los Alamos
National Laboratory, The Zia
Company, and The Zia Company,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2009, I electronically filed this Certificate of Service through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Michael T. Howell, mhowell@reichandbinstock.co

    Kaitlin A. Clark, kclark@rbh-law.com

    Tim L. Fields, tfields@modrall.com

    Earl E. DeBrine, Jr., edebrine@modrall.com

I further certify that on January 15, 2009, counsel for Defendant Regents of the University of California caused to be emailed copies of Disclosure of Causation Expert Witnesses by Defendant Regents of the University of California to counsel at the above email addresses.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    /s/ Tom Outler
       Bruce Hall
       W. Mark Mowery
       Edward Ricco
       Theresa W. Parrish
       Tom Outler
       Jocelyn Drennan
P.O. Box 1888
Albuquerque, NM 87103
Tel: (505) 765-5900
Fax: (505) 768-7395

Christine Chandler
Pablo Prando
Los Alamos National Laboratory
P.O. Box 1663 MS/A187
Los Alamos, NM 87545
Telephone: (505) 667-3766
Facsimile: (505) 665-4424

***Attorneys for Defendant Regents of the
University of California
d/b/a Los Alamos National Laboratory***