IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENE S. RYMAN, individually, and as
personal representative and next-of-kin of
Lowell Edward Ryman, Deceased,

       Plaintiff,

vs.                                                   Case No. CIV-08-0372 WDS/RLP

REGENTS OF THE UNIVERSITY
OF CALIFORNIA f/d/b/a LOS ALAMOS
NATIONAL LABORATORY, THE ZIA
COMPANY and THE ZIA COMPANY,

       Defendants.

**CERTIFICATE OF SERVICE**

       Defendant The Zia Company ("Zia") hereby certifies that Zia's Disclosure of Causation Expert Witnesses was electronically mailed to the following counsel on the 15th day of January, 2009:

       Michael T. Howell, mhowell@reichandbinstock.com
       Maria E. Touchet, mia@gaddyfirm.com
       Bruce Hall, bhall@rodey.com

                                  MODRALL, SPERLING, ROEHL, HARRIS
                                      & SISK, P.A.

                                  By:   */s/ Earl E. DeBrine, Jr.*
                                       Tim Fields
                                       Earl E. DeBrine, Jr.
                                       Joan D. Marsan
                                       Attorneys for Zia Company
                                       Post Office Box 2168
                                       500 Fourth Street NW, Suite 1000
                                       Albuquerque, New Mexico 87103-2168
                                       Telephone: (505) 848-1800

WE HEREBY CERTIFY that on the 15th day of January, 2009, we filed the foregoing electronically through the CM/ECF system, which caused the following parties to be served electronically:

Michael T. Howell, mhowell@reichandbinstock.co
Dennis C. Reich, dreich@reichandbinstock.com
Kaitlin Clark, kclark@rbh-law.com
David J. Jaramillo, david@gaddyfirm.com
Maria E. Touchet, mia@gaddyfirm.com
Bruce Hall, bhall@rodey.com
W. Mark Mowery, wmmowery@rodey.com
Edward R. Ricco, ericco@rodey.com
Theresa W. Parrish, tparrish@rodey.com
Thomas A. Outler, toutler@rodey.com
Jocelyn C. Drennanjdrennan@rodey.com

MODRALL, SPERLING, ROEHL,
    HARRIS & SISK, P.A.

By: */s/ Earl E. DeBrine, Jr.*
    Earl E. DeBrine, Jr.

K:\dox\CLIENT\14155\5010\W0891877.DOCX