# Exhibit C

```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW MEXICO


RENE S. RYMAN, individually and    *
as personal representative and     *
next-of-kin of Lowell Edward       *
Ryman, deceased,                   *
     Plaintiff,                    *
VS.                                *    CIVIL ACTION NO.:
REGENTS OF THE UNIVERSITY OF       *
CALIFORNIA d/b/a LOS ALAMOS        *
NATIONAL LABORATORY, THE ZIA       *
COMPANY, and THE ZIA COMPANY,      *
     Defendants.                   *    CV-08-372


*******************************************************
              ORAL VIDEOTAPED DEPOSITION OF
                     RENE S. RYMAN
*******************************************************
```

ANSWERS AND DEPOSITION OF RENE S. RYMAN, produced as a witness at the instance of the Defendant Regents of the University of California d/b/a Los Alamos National Laboratory, taken in the above-styled and -numbered cause on the 16th day of September, 2008, A.D., beginning at 8:39 a.m., before Kelly Hassell, a Certified Shorthand Reporter in and for the State of Texas, in the Dallas Love Field Conference Center, located in the Houston Room, Dallas, Texas, in accordance with the Federal Rules of Civil Procedure and the agreement hereinafter set forth.

```
 1                      A P P E A R A N C E S
 2    FOR THE PLAINTIFF:
 3         MR. MICHAEL T. HOWELL
           Reich & Binstock
 4         4265 San Felipe
           Suite 1000
 5         Houston, Texas   77027
           (713) 622-7271
 6         (713) 623-8724 (Fax)
           mhowell@rbh-law.com
 7
 8
      FOR THE DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA
 9    d/b/a LOS ALAMOS NATIONAL LABORATORY:
10         MR. BRUCE HALL
           MR. W. MARK MOWERY
11         Rodey, Dickason, Sloan, Akin & Robb, P.A.
           201 Third Street Northwest
12         Suite 2200
           Albuquerque, New Mexico   87102
13         (505) 768-7202
           (505) 768-7395
14         bhall@rodey.com
15
16    FOR THE DEFENDANT THE ZIA COMPANY:
17         MR. TIM L. FIELDS
           Modrall Law Firm
18         500 Fourth Street, Northwest
           Albuquerque, New Mexico   87103-2168
19         (505) 848-1800
           (505) 848-1889 (Fax)
20         tlf@modrall.com
21
      ALSO PRESENT:
22
           MR. NATHAN BEDARD - Videographer
23         MS. CHRISTINE CHANDLER - REGENTS OF THE UNIVERSITY OF
              CALIFORNIA d/b/a LOS ALAMOS NATIONAL LABORATORY
24
25
```

Electronically signed by Kelly Hassell (301-370-881-5553)        85baaeeb-8995-4093-9e0d-376583cd4aac

```
 1                      I N D E X
 2    Appearances....................................Page    2
 3    Exhibit List...................................Page    4
 4    Direct Examination by Mr. Hall.................Page    6
 5    Direct Examination by Mr. Fields...............Page  238
 6    Cross-Examination by Mr. Howell................Page  268
 7    Signature and Corrections......................Page  272
 8    Reporter's Certificate.........................Page  274
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Electronically signed by Kelly Hassell (301-370-881-5553)        85baaeeb-8995-4093-9e0d-376583cd4aac

E X H I B I T   L I S T

| No. | Description | Page |
|---|---|---|
| 1 | Curriculum vitae of Rene S. Ryman | 15 |
| 2 | "Notice to Take Deposition Duces Tecum" | 21 |
| 3 | Letter to Mr. Robinson, from Mr. Howell, dated February 5, 2008 | 28 |
| 4 | Photograph | 165 |
| 5 | Map | 168 |
| 6 | "Medical Certificate of Death" | 176 |
| 7 | "Daughter files suit to help father who lived in Los Alamos" | 219 |

Esquire Deposition Services 1700 Pacific Avenue, Suite 4750     Dallas, Texas 75201
Phone: (214) 257-1436        800-852-9737        Fax: (214) 965-9205

Electronically signed by Kelly Hassell (301-370-881-5553)              85baaeeb-8995-4093-9e0d-376583cd4aac

```
 1                    P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  We're now on the record
 3    for the videotaped deposition of Rene Ryman, the time is
 4    8:39, in the matter of Rene Ryman, et al., versus the
 5    Regents of the University of California, et al., Civil
 6    Action Number CV-08-372 being held in the United States
 7    District Court for the District of New Mexico.
 8              The court reporter is Kelly Hassell and the
 9    videographer is Nathan Bedard.  Both are representatives of
10    Esquire Deposition Services located at 1700 Pacific Avenue,
11    Suite 4750, Dallas, Texas 75201.  Today's deposition is
12    being held at the Dallas Love Field Conference Center
13    located in Dallas, Texas.
14              At this time would counsel please state
15    their appearances for the record.
16              MR. HALL:  Bruce Hall and Mark Mowery of the
17    Rodey Law Firm representing Regents of the University of
18    California, and Christine Chandler, counsel for Los Alamos
19    National Laboratory, also representing Regents of the
20    University of California.
21              MR. FIELDS:  Tim Fields with the Modrall Law
22    Firm representing The Zia Company.
23              MR. HOWELL:  And Mike Howell for the
24    Plaintiff.
25              THE VIDEOGRAPHER:  Will the court reporter
```

Electronically signed by Kelly Hassell (301-370-881-5553)                    85baaeeb-8995-4093-9e0d-376583cd4aac

```
 1   interrogatories, requests for production, those can be
 2   accomplished in fairly short order?
 3             THE WITNESS:  I can probably sign, you know,
 4   documents and scan them and send them back.  However, the
 5   two issues are, one, the time difference, and two, the
 6   issue of me not having my personal files with me while I'm
 7   there.
 8             MR. MOWERY:  Right, but in terms of him
 9   being able to send you an E-mail with an attachment --
10             THE WITNESS:  Oh, that's no problem.
11             MR. MOWERY:  Okay.  Logistics.  We don't
12   know what condition --
13             MR. HOWELL:  The world revolves around
14   logistics.
15             MR. MOWERY:  Thank you.
16             MR. FIELDS:  Thank you.
17             MR. HALL:  Thanks very much.
18             THE WITNESS:  Thank you.
19             THE VIDEOGRAPHER:  Off the record at 3:16.
20             (End of proceedings at 3:16 p.m.)
21
22
23
24
25
```

Electronically signed by Kelly Hassell (301-370-881-5553)                85baaeeb-8995-4093-9e0d-376583cd4aac

```
 1    STATE OF TEXAS )
 2         I, Kelly Hassell, a Certified Shorthand Reporter in
 3    and for the State of Texas, do hereby certify that,
 4    pursuant to the agreement hereinbefore set forth, there
 5    came before me on the 16th day of September, A.D., 2008, at
 6    8:39 a.m., at the Dallas Love Field Conference Center,
 7    located in the Houston Room, in the City of Dallas, State
 8    of Texas, the following named person, to wit:  RENE S.
 9    RYMAN, who was by me duly cautioned and sworn to testify
10    the truth, the whole truth and nothing but the truth, of
11    her knowledge touching and concerning the matters in
12    controversy in this cause; and that she was thereupon
13    carefully examined upon her oath, and her examination was
14    reduced to writing under my supervision; that the
15    deposition is a true record of the testimony given by the
16    witness, same to be sworn to and subscribed by said witness
17    before any Notary Public, pursuant to the agreement of the
18    parties; and that the amount of time used by each party at
19    the deposition is as follows:
20              Mr. Hall - 4 hours, 33 minutes,
21              Mr. Fields - 34 minutes,
22              Mr. Howell - 3 minutes;
23         I further certify that I am neither attorney or
24    counsel for, nor related to or employed by, any of the
25    parties to the action in which this deposition is taken,
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone: (214) 257-1436                       800-852-9737                      Fax: (214) 965-9205

onically signed by Kelly Hassell (301-370-881-5553)                    85baaeeb-8995-4093-9e0d-376583cd4aac

1  and further that I am not a relative or employee of any

2  attorney or counsel employed by the parties hereto, or

3  financially interested in the action.

4  I further certify that, before completion of the

5  deposition, the Deponent _____, and/or the

6  Plaintiff/Defendant _____, did ___ did not ___ request

7  to review the transcript.

8  In witness whereof, I have hereunto set my hand and

9  affixed my seal this 29th day of September, A.D.,

10  2008.

11

12                          *Kelly Hassell* (signature)

13                          _____
                            KELLY HASSELL, CSR No. 5729
14                          Cert. Expires 12/31/09
                            Esquire Deposition Services
15                          Firm Registration No. 286
                            1700 Pacific Avenue
16                          Suite 4750
                            Dallas, Texas  75201
17                          (214) 257-1436
                            (800) 852-9737
18                          (214) 954-4111 (Fax)

19

20

21

22

23

24

25

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone: (214) 257-1436                    800-852-9737                     Fax: (214) 965-9205

onically signed by Kelly Hassell (301-370-881-5553)                       85baaeeb-8995-4093-9e0d-376583cd4aac



# ESQUIRE
DEPOSITION SERVICES®

A HOBART WEST COMPANY

October 31, 2008

Dear Client:

The enclosed deposition was held in our office for a period of thirty (30) days pursuant to the Federal Rules of Procedures.

The witness has returned the *Changes and Signature* page(s) to Esquire Deposition Services within the specified time limit; therefore, we are forwarding the original transcript to your office for safekeeping as the custodial attorney regarding this matter.

If you have any questions, please do not hesitate to contact our office. It was a pleasure working with you on this case and we look forward to doing so again in the near future.

Sincerely,
ESQUIRE DEPOSITION SERVICES, LLC

Laura Treviño
Certificate Dept.
(210) 615-0300 ext. 60063

Enclosure(s)

cc: All parties listed on the Appearance page have been copied.

## Amendment to Deposition

DEPONENT: Rene S. Ruman REQUESTS THAT THE FOLLOWING CHANGES BE NOTED PERTAINING TO HIS/HER DEPOSITION.

| PAGE | LINE | SHOULD READ | REASON |
|---|---|---|---|
| 34 | 21 | "distance" | read "different" misspelled |
| 25 | 20 | "My aunt-grandfather was the..." | not "grandfather" |
| 14 | 9 | Admitted October 1, 2004 | not October 2 |
| 169 | 6 | "my stepgrandma" | not Stepmom |
| 202 | 12 | "I relocated in April of 2005." | not April 2006 |

DEPONENT SIGNATURE

THE SIGNATURE ABOVE WAS SUBSCRIBED AND SWORN BEFORE ME THIS ___ DAY OF October, 20__, in Silsbee, Texas

NOTARY PUBLIC SIGNATURE

COMMISSION EXPIRES ON 4/5/2009

## Amendment to Deposition

DEPONENT, __Rene S. Ryman__ REQUESTS THAT THE FOLLOWING CHANGES BE NOTED PERTAINING TO HIS/HER DEPOSITION.

| PAGE | LINE | SHOULD READ | REASON |
|---|---|---|---|
| 34 | 21 | "distance" | read "difference" misspelled |
| 65 | 20 | "My great-grandfather was ill…" | not "grandfather" |
| 74 | 9 | Admitted October 4, 2004 | not October 2 |
| 109 | 5 | "My stepgrandmother" | not stepmom |
| 268 | 12 | "I relocated in April of 2005." | not April 2000 |

_____

**DEPONENT SIGNATURE**

THE SIGNATURE ABOVE WAS SUBSCRIBED AND SWORN BEFORE ME THIS _____ DAY OF _____, 20_____.

_____

**NOTARY PUBLIC SIGNATURE**

**COMMISSION EXPIRES ON**

```
 1                      CHANGES AND SIGNATURE

 2     PAGE/LINE          CORRECTION          REASON FOR CHANGE

 3     _____

 4     _____

 5     _____

 6     _____

 7     _____

 8     _____

 9     _____

10     _____

11     _____

12     _____

13     _____

14         I, _____, have read the foregoing
       deposition and hereby affix my signature that same is true
15     and correct except as noted herein.

16

17                                    _____
                                      RENE S. RYMAN
18                                    CA# CV-08-372

19     STATE OF _____ )

20         Subscribed and sworn to before me by the said witness,
       RENE S. RYMAN, on this the _____ day of _____,
21     2008.

22                                    _____
                                      NOTARY PUBLIC IN AND FOR
23                                    THE STATE OF TEXAS
       My Commission Expires:
24

25
```

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone: (214) 257-1436                     800-852-9737                    Fax: (214) 965-9205

ctronically signed by Kelly Hassell (301-370-881-5553)                    85baaeeb-8995-4093-9e0d-376583cd4aa

```
 1    STATE OF TEXAS )
 2         I, Kelly Hassell, a Certified Shorthand Reporter in
 3    and for the State of Texas, do hereby certify that,
 4    pursuant to the agreement hereinbefore set forth, there
 5    came before me on the 16th day of September, A.D., 2008, at
 6    8:39 a.m., at the Dallas Love Field Conference Center,
 7    located in the Houston Room, in the City of Dallas, State
 8    of Texas, the following named person, to wit:  RENE S.
 9    RYMAN, who was by me duly cautioned and sworn to testify
10    the truth, the whole truth and nothing but the truth, of
11    her knowledge touching and concerning the matters in
12    controversy in this cause; and that she was thereupon
13    carefully examined upon her oath, and her examination was
14    reduced to writing under my supervision; that the
15    deposition is a true record of the testimony given by the
16    witness, same to be sworn to and subscribed by said witness
17    before any Notary Public, pursuant to the agreement of the
18    parties; and that the amount of time used by each party at
19    the deposition is as follows:
20              Mr. Hall - 4 hours, 33 minutes,
21              Mr. Fields - 34 minutes,
22              Mr. Howell - 3 minutes;
23         I further certify that I am neither attorney or
24    counsel for, nor related to or employed by, any of the
25    parties to the action in which this deposition is taken,
```

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone: (214) 257-1436                      800-852-9737                   Fax: (214) 965-9205

tronically signed by Kelly Hassell (301-370-881-5553)        85baaeeb-8995-4093-9e0d-376583cd4aac

```
 1    and further that I am not a relative or employee of any
 2    attorney or counsel employed by the parties hereto, or
 3    financially interested in the action.
 4          I further certify that, before completion of the
 5    deposition, the Deponent _____, and/or the
 6    Plaintiff/Defendant _____, did ___ did not ___ request
 7    to review the transcript.
 8          In witness whereof, I have hereunto set my hand and
 9    affixed my seal this 29th day of September, A.D.,
10    2008.
11
12                              Kelly Hassell
13                              _____
                                KELLY HASSELL, CSR No. 5729
14                              Cert. Expires 12/31/09
                                Esquire Deposition Services
15                              Firm Registration No. 286
                                1700 Pacific Avenue
16                              Suite 4750
                                Dallas, Texas  75201
17                              (214) 257-1436
                                (800) 852-9737
18                              (214) 954-4111 (Fax)
19
20
21
22
23
24
25
```

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone: (214) 257-1436                   800-852-9737                    Fax: (214) 965-9205

tronically signed by Kelly Hassell (301-370-881-5553)              85baaeeb-8995-4093-9e0d-376583cd4aac