# Exhibit D

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RENE S. RYMAN, individually and      *
as personal representative and       *
next-of-kin of Lowell Edward         *
Ryman, deceased,                     *
     Plaintiff,                      *
VS.                                  *     CIVIL ACTION NO.:
REGENTS OF THE UNIVERSITY OF         *
CALIFORNIA d/b/a LOS ALAMOS          *
NATIONAL LABORATORY, THE ZIA         *
COMPANY, and THE ZIA COMPANY,        *
     Defendants.                     *     CV-08-372

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL VIDEOTAPED DEPOSITION OF

RENE S. RYMAN

VOLUME 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANSWERS AND DEPOSITION OF RENE S. RYMAN, produced as a witness at the instance of the Defendant Regents of the University of California d/b/a Los Alamos National Laboratory, taken in the above-styled and -numbered cause on the 15th day of December, 2008, A.D., beginning at 8:49 a.m., before Kelly Hassell, a Certified Shorthand Reporter in and for the State of Texas, in the Dallas Love Field Conference Center, located in the Houston Room, Dallas, Texas, in accordance with the Federal Rules of Civil Procedure and the agreement hereinafter set forth.

```
 1                    A P P E A R A N C E S
 2     FOR THE PLAINTIFF:
 3           MR. MICHAEL T. HOWELL
             Reich & Binstock
 4           4265 San Felipe
             Suite 1000
 5           Houston, Texas  77027
             (713) 622-7271
 6           (713) 623-8724 (Fax)
             mhowell@rbh-law.com
 7
 8
       FOR THE DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA
 9     d/b/a LOS ALAMOS NATIONAL LABORATORY:
10           MR. BRUCE HALL
             Rodey, Dickason, Sloan, Akin & Robb, P.A.
11           201 Third Street Northwest
             Suite 2200
12           Albuquerque, New Mexico  87102
             (505) 768-7202
13           (505) 768-7395 (Fax)
             bhall@rodey.com
14
15
       FOR THE DEFENDANT THE ZIA COMPANY:
16
             MR. TIM L. FIELDS
17           Modrall Law Firm
             500 Fourth Street, Northwest
18           Albuquerque, New Mexico  87103-2168
             (505) 848-1800
19           (505) 848-1889 (Fax)
             tlf@modrall.com
20
21     ALSO PRESENT:
22           MR. MIRANDA GLOVER - Videographer
             MS. CHRISTINE CHANDLER - REGENTS OF THE UNIVERSITY OF
23             CALIFORNIA d/b/a LOS ALAMOS NATIONAL LABORATORY
24
25
```

1               I N D E X

2    Appearances..................................... Page    276

3    Exhibit List.................................... Page    278

4    Direct Examination by Mr. Hall.................. Page    280

5    Direct Examination by Mr. Fields................ Page    405

6    Cross-Examination by Mr. Howell................. Page    471

7    Redirect Examination by Mr. Hall................ Page    472

8    Redirect Examination by Mr. Fields.............. Page    476

9    Signature and Corrections....................... Page    479

10   Reporter's Certificate.......................... Page    481

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              E X H I B I T   L I S T

 2      No.  Description                              Page

 3      54   "Offer of Settlement and Compromise Pursuant

 4           to Rule 408 of the Federal Rules of Evidence,

 5           December 9, 2008"                          286

 6      55   "Plaintiffs' Causation Expert Disclosures"  287

 7      56   "Amended Notice to Take Continued Deposition

 8           Duces Tecum"                                292

 9      57   Curriculum Vitae of Rene S. Ryman           315

10      58   Mr. Ryman's military discharge record       342

11      59   Guest book from Mr. Ryman's funeral service 348

12      60   Letter to Mr. Becker, from Ms. Ryman, dated

13           September 26, 2005                          355

14      61   Index                                       377

15      62   "The Plutonium Files," by Eileen Welsome    377

16      63   Map                                         377

17      64   Medical record of Mr. Ryman, dated

18           March 4, 2004                               378

19      65   Mercy Health System MRI                     382

20      66   Letter to Dr. Gupta, from Dr. Lami, dated

21           April 5, 2004                               382

22      67   Report of Dr. Gupta, dated March 15, 2004   386

23      68   "Durable Power of Attorney"                 382

24      69   "Tribune Short-Term Disability (STD) Initial

25           Application"                                382
```

```
 1              E X H I B I T   L I S T

 2     No.  Description                                  Page

 3     70   "Fox Valley Hematology and Oncology, Ltd."

 4          document                                     386

 5     71   "Bone Marrow Consultation"                   387

 6     72   October 2004 calendar                        412

 7     73   E-mail string to Mr. Jeff Ryman, from

 8          Ms. Rene Ryman, dated July 28, 2005          412

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S
2                    THE VIDEOGRAPHER:  We're now on the record
3       for the videotaped deposition of Rene Ryman on December
4       15th, 2008.  The time is 8:49 a.m.
5                    Will the court reporter please administer
6       the oath.
7                         RENE S. RYMAN,
8       having been first duly cautioned and sworn to testify the
9       truth, the whole truth and nothing but the truth, testified
10      on her oath as follows:
11                   MR. HALL:  Are we supposed to announce our
12      appearance or do any of that?
13                   THE COURT REPORTER:  If you want to.
14                   MR. HALL:  If you --
15                   THE VIDEOGRAPHER:  Will counsel please state
16      their appearance for the record.
17                   MR. HALL:  Bruce Hall, representing the
18      University of California, along with Christine Chandler.
19                   MR. FIELDS:  And Tim Fields, representing
20      Defendant Zia.
21                   MR. HOWELL:  And Mike Howell, for the
22      Plaintiffs.
23                         DIRECT EXAMINATION
24      BY MR. HALL:
25          Q    Are you ready?

1          A    I am ready.

2          Q    Good morning.

3          A    Good morning.

4          Q    We started your deposition September 16th, 2008,

5     and you were going to Iraq?

6          A    Yes.

7          Q    Did you?

8          A    Yes.

9          Q    All right.  You have been there for the last

10    three months or so?

11         A    Right.

12         Q    And you're teaching full time; am I right?

13         A    Teaching full time and I'm also now the dean of

14    the business department.

15         Q    All right.  Who do you report to there?

16         A    I report to Dr. Joshua Mitchell, who is the

17    chancellor.

18         Q    Of the university?

19         A    Of the university.

20         Q    Is -- is he the chancellor in Iraq or --

21         A    He's the chancellor in Iraq, right.  He's

22    currently the chancellor and the provost until the provost

23    returns from a leave in the U.S.

24         Q    What responsibilities do you have as dean?

25         A    Hiring and managing the faculty, creating course

1    August of this year; am I right?

2         A    Right.

3         Q    But you have not filed an individual petition for

4    bankruptcy; am I correct?

5         A    Well, I'm not privy to all the different filing

6    methods of bankruptcy, but I took my attorney's advice and

7    he said he filed it as a business, and I signed the

8    petition that he asked me to sign.

9         Q    And that was a petition for the business, not for

10   you, but you -- the petition you did sign was not a

11   petition for you taking bankruptcy as an individual?

12        A    It's my understanding I signed it as a business

13   because he said he was going to file it as a business.

14        Q    Well, could you tell that from reading the

15   document?

16        A    I didn't -- I didn't go through the document in

17   any great depth.

18        Q    Okay.  Maybe I'm not asking it right.

19             You haven't filed -- you, Rene Ryman --

20   haven't filed the petition for bankruptcy?

21        A    My belief is that I filed the petition for the

22   company based on my attorney's advice that he was going to

23   file it as a business.

24        Q    Do you have doubts about it?

25        A    I -- I trust what he said.

1          Q    All right.  Okay.  There's no document you've

2     seen and signed, no document you've seen and signed that

3     petitions the bankruptcy court for individual bankruptcy?

4          A    I believe the one document I saw said "Ryman

5     Consulting, Incorporated" --

6          Q    Yes.

7          A    -- and then I believe my name was after that

8     title, so -- but my attorney -- when I had asked my

9     attorney about that, he said, I'm filing it as a business,

10    and I said, okay.

11         Q    You have had no intention to file for personal

12    bankruptcy?

13         A    I -- again, not being an expert in bankruptcy

14    law, I took my information in to the bankruptcy lawyer and

15    he told me how to file, how he was going to file it.

16         Q    And what you told him is that what -- you'll take

17    bankruptcy for my company?

18         A    I didn't even say that.  I said, here is my

19    finances; here's the liabilities; here's my corporate

20    information; you figure it out.

21         Q    Is Ryman Consulting incorporated?

22         A    Yes.

23         Q    What's the name of this lawyer?

24         A    Jeffrey Dahlberg.

25         Q    Where is he?

```
 1        A     In Loves Park, Illinois.

 2        Q     Is that near Chicago?

 3        A     Yeah.

 4        Q     Where did he -- what -- what court, if you know,

 5   did he file the bankruptcy in?

 6        A     Federal court.

 7        Q     Okay.  Do you have a copy of the petition?

 8        A     I might.  I haven't seen it.

 9        Q     Didn't you see it when you signed it?

10        A     But I didn't get a copy at that time.

11        Q     He did not provide you a copy?

12        A     The secretary didn't provide a copy.

13        Q     All right.  I'd ask that we be produced a copy of

14   that petition.

15        A     Okay.

16              MR. FIELDS:  And I have just one follow-up

17   question.

18                   REDIRECT EXAMINATION

19   BY MR. FIELDS:

20        Q     Is the -- is this lawsuit mentioned in any of the

21   documentation you've seen for the filing of this

22   bankruptcy?

23        A     Yes, I believe it is.

24        Q     Okay.  Is it listed as an asset of -- of your

25   business?
```

```
 1        A    I don't know how it's listed.

 2        Q    Okay.  And before this filing -- what time frame

 3   are you saying this was filed?

 4        A    August.

 5        Q    In August.  Have you or your company ever

 6   previously filed for bankruptcy?

 7        A    No.

 8        Q    Okay.  Do you -- do you understand that this

 9   lawsuit is an asset of your company as opposed to you, or

10   do you have any idea?

11        A    I believe it is.

12        Q    Okay.  So you believe it is an asset of yours?

13        A    I believe it's an asset of either me, my company

14   or both of us.

15        Q    Okay.  Obviously, defer that to your -- your

16   counsel.

17             Do you have any -- what is the status of the

18   bankruptcy as we sit here today?

19        A    I don't know.  It's an open case.

20        Q    Okay.  All right.  Do you have any up- -- any

21   upcoming hearings or anything in this regard?

22        A    No.

23                  MR. FIELDS:  All right.

24                  MR. HALL:  Okay.

25                  THE VIDEOGRAPHER:  We are now off the record
```

1    at 1:18.

2                    (End of proceedings at 1:18 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   STATE OF TEXAS )

2       I, Kelly Hassell, a Certified Shorthand Reporter in

3   and for the State of Texas, do hereby certify that,

4   pursuant to the agreement hereinbefore set forth, there

5   came before me on the 15th day of December, A.D., 2008, at

6   8:49 a.m., at the Dallas Love Field Conference Center,

7   located in the Houston Room, in the City of Dallas, State

8   of Texas, the following named person, to wit:   RENE S.

9   RYMAN, who was by me duly cautioned and sworn to testify

10  the truth, the whole truth and nothing but the truth, of

11  her knowledge touching and concerning the matters in

12  controversy in this cause; and that she was thereupon

13  carefully examined upon her oath, and her examination was

14  reduced to writing under my supervision; that the

15  deposition is a true record of the testimony given by the

16  witness, same to be sworn to and subscribed by said witness

17  before any Notary Public, pursuant to the agreement of the

18  parties; and that the amount of time used by each party at

19  the deposition is as follows:

20           Mr. Hall - 2 hours, 33 minutes,

21           Mr. Fields - 1 hour, 14 minutes,

22           Mr. Howell - 1 minute;

23      I further certify that I am neither attorney or

24  counsel for, nor related to or employed by, any of the

25  parties to the action in which this deposition is taken,



ESQUIRE
DEPOSITION SERVICES®

Toll Free: 800.852.9737
Facsimile: 214.954.0506

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquirecom.com

Rene Ryman                                              December 15, 2008

481

```
 1    and further that I am not a relative or employee of any
 2    attorney or counsel employed by the parties hereto, or
 3    financially interested in the action.
 4         I further certify that, before completion of the
 5    deposition, the Deponent _____, and/or the
 6    Plaintiff/Defendant _____, did ___ did not ___ request
 7    to review the Transcript.
 8         In witness whereof, I have hereunto set my hand and
 9    affixed my seal this 5th day of January , A.D.,
10    2009
11
12
13                        KELLY HASSELL, CSR No. 5729
                          Cert. Expires 12/31/09
14                        Esquire Deposition Services
                          Firm Registration No. 286
15                        1700 Pacific Avenue
                          Suite 4750
16                        Dallas, Texas   75201
                          (214) 257-1436
17                        (800) 852-9737
                          (214) 954-4111 (Fax)
18
19
20
21
22
23
24
25
```



ESQUIRE
DEPOSITION SERVICES®

Toll Free: 800.852.9737
Facsimile: 214.954.0506

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquirecom.com