# Exhibit E

**Kaitlin Clark**

**From:** Tim L. Fields [tfields@modrall.com]
**Sent:** Wednesday, December 17, 2008 6:00 PM
**To:** Bruce Hall; Michael Howell; Mark Mowery; Earl E. DeBrine
**Cc:** Kaitlin Clark; Phil@gaddylawfirm.com; MiaT@gaddyfirm.com; david@gaddyfirm.com; Christine G. Chandler - LANS; Theresa Parrish
**Subject:** RE: Ryman Bankruptcy issue

On behalf of Zia, I concur with this request by Bruce regarding the need for a video or in person deposition in response to your letter to both of us. Thanks.

Tim Fields

---

**From:** Bruce Hall [mailto:BHALL@rodey.com]
**Sent:** Wednesday, December 17, 2008 8:42 AM
**To:** Michael Howell; Mark Mowery; Tim L. Fields; Earl E. DeBrine
**Cc:** Kaitlin Clark; Phil@gaddylawfirm.com; MiaT@gaddyfirm.com; david@gaddyfirm.com; Christine G. Chandler - LANS; Theresa Parrish; Bruce Hall
**Subject:** RE: Ryman Bankruptcy issue

Mike, I will want to depose Rene further on this subject so I appreciate your recognition of our right to do this. First let's get the transcript prepared and her corrections filed. I wonder if they have video conference capabilities at the American University in Iraq? Or we do this when she is back in the States. I want it videotaped so I am not satisfied with simply doing it over the phone. Because the major issue here is Rene's credibility and she waived any attorney-client privilege by testifying to what she was told by her bankruptcy lawyer Mr. Dahlberg, I plan to take his deposition as well.

---

**From:** Michael Howell [mailto:MHowell@reichandbinstock.com]
**Sent:** Tuesday, December 16, 2008 3:59 PM
**To:** Mark Mowery; Bruce Hall; tfields@modrall.com; edebrine@modrall.com
**Cc:** Kaitlin Clark; Phil@gaddylawfirm.com; MiaT@gaddyfirm.com; david@gaddyfirm.com
**Subject:** RE: Ryman Bankruptcy issue

Mark,
Thanks. Let's try this again. There should be two attachments.

Mike

---

**From:** Mark Mowery [mailto:MMowery@rodey.com]
**Sent:** Tuesday, December 16, 2008 4:55 PM
**To:** Michael Howell; Bruce Hall; tfields@modrall.com; edebrine@modrall.com
**Cc:** Kaitlin Clark; Phil@gaddylawfirm.com; MiaT@gaddyfirm.com; david@gaddyfirm.com
**Subject:** RE: Ryman Bankruptcy issue

There was not any attachment to the e-mail I received.

---

**From:** Michael Howell [mailto:MHowell@reichandbinstock.com]
**Sent:** Tuesday, December 16, 2008 3:48 PM
**To:** Bruce Hall; Mark Mowery; tfields@modrall.com; edebrine@modrall.com
**Cc:** Kaitlin Clark; Phil@gaddylawfirm.com; MiaT@gaddyfirm.com; david@gaddyfirm.com
**Subject:** Ryman Bankruptcy issue

Bruce and Tim,

Please see the attached letter.

Thanks,
Mike

No virus found in this incoming message.
Checked by AVG - http://www.avg.com
Version: 8.0.176 / Virus Database: 270.9.18/1850 - Release Date: 12/15/2008 5:04 PM

No virus found in this incoming message.
Checked by AVG - http://www.avg.com
Version: 8.0.176 / Virus Database: 270.9.18/1851 - Release Date: 12/17/2008 8:31 AM



# Reich & Binstock, LLP
A Partnership Including Professional Corporations

Attorneys & Counselors at Law
4265 San Felipe, Suite #1000
Houston, TX 77027

Phone: 713-622-7271
Fax: 713-623-8724
www.reichandbinstock.com

Dennis C. Reich *+
Robert J. Binstock *#

\* Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization
+ Admitted to the Bar of California
# Board Certified Civil Trial Advocacy
National Board of Trial Advocacy

Michael T. Howell
Professional Geologist (P.G.)
Limited Partner

Shari A. Wright
Deborah L. Ziegler
Jordan M. Torry
Charles C. Hunter §
Kaitlin A. Clark

Debra Brewer Hayes
Of Counsel

§ Admitted to the Bar of California Only

December 16, 2008

Brue Hall                                                                          **Via Email**
Rodey, Dickason, Sloan, Akin & Robb
201 Third Street NW, #2200
Albuquerque, New Mexico 87102

Tim Fields                                                                         **Via Email**
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168

Re: Cause No. cv 08-372; *Rene Ryman v. Regents of the University of California, et al.*; in the United States District Court for the District of New Mexico.

Dear Mr. Hall and Mr. Fields:

I spoke with Rene Ryman today and have confirmed that the bankruptcy filing that was discussed in the deposition yesterday was in fact a type of personal bankruptcy. Please see the attached form which indicates the bankruptcy was filed as "Rene S. Ryman dba Ryman Consulting, Inc." I apologize for any confusion that might have occurred during yesterday's deposition. If you feel the need to follow-up with Rene in a short deposition regarding this matter, please let me know. I am sure we can accomplish such a small task over the telephone. Additionally, Rene will be correcting the transcript in this regard.

I also spoke to the bankruptcy trustee's office today. They described the bankruptcy as a "personal bankruptcy with business debts". Based on that conversation, I anticipate being appointed council on their behalf. I think we can continue to schedule the previously discussed depositions for the month of January without any issues. Rene's bankruptcy attorney indicated that more than 51% of the debts are business related which seems to confirm Ms. Ryman's understanding of the bankruptcy being primarily for her business.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Michael Howell

Mr. Bruce Hall
Mr. Tim Fields
December 16, 2008
Page 2 of 2

cc: Mr. W. Mark Mowery                                                                    **Via Email**
    RODEY, DICKSON, SLOAN, AKIN & ROBB, P.A.
    315 Paseo de Peralta
    Santa Fe, NM 87501

   Mr. Earl E. DeBrine, Jr.                                                                 **Via Email**
   MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
   Post Office Box 2168
   Bank of America Centre, Suite 900
   500 Fourth Street, N.W.
   Albuquerque, New Mexico 87103-2168

| | |
|---|---|
| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) | Case Number 08-72696 |

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 21, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rene S Ryman
dba Ryman Consulting, Inc.
[redacted]

| Case Number: [redacted] | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
| Office Code: 3 | [redacted] |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Jeffry A. Dahlberg | Bernard J Natale |
| Balsley and Dahlberg, LLP | Bernard J. Natale, Ltd. |
| 5130 N Second St | 6833 Stalter Drive |
| Loves Park, IL 61111 | Suite 201 |
| Telephone number: 815 877-2593 | Rockford, IL 61108 |
| | Telephone number: 815-964-4700 |

## Meeting of Creditors:
Date: **October 2, 2008**    Time: **10:00 AM**
Location: **308 West State Street, Room 40, Rockford, IL 61101**
All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: December 1, 2008**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Western Division | Clerk of the Bankruptcy Court: |
| 211 S. Court Street | Kenneth S. Gardner |
| Rockford, IL 61101 | |
| Telephone number: 1-888-232-6814 | |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: August 22, 2008 |