# Exhibit H

## RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
COUNSELORS AND ATTORNEYS AT LAW

P.O. BOX 1357
SANTA FE, NEW MEXICO 87504-1357

*Direct Number: 954-3907*

TELEPHONE (505) 954-3900

FACSIMILE (505) 954-3942

*e-mail wmmowery@rodey.com*

November 2, 2009

### Via Facsimile Transmission and U.S. Mail

**MICHAEL T. HOWELL**
Reich & Binstock, LLP
4265 San Felipe – Suite 1000
Houston, TX 77027

Re: **Ryman v. Regents of the University of California, et al.**

Dear Michael,

Enclosed herein for your review is a Notice to Take Continued Deposition of Plaintiff Rene Ryman. Please note that we have scheduled Ms. Ryman's continued deposition for Thursday, December 17, 2009, commencing at 9:00 a.m. in my firm's Albuquerque offices. I had sent you several e-mails requesting a date for Ms. Ryman's continued deposition during December when we understood she will be back in the United States. When I did not hear back from you, I decided it was best to go ahead and schedule her continued deposition on a date that works for us. We are willing to consider moving this continued deposition to a different date. However, any alternative date you wish to propose will have to be one that works with the schedules of all defense counsel.

This date I have also requested Judge Puglisi to schedule a Rule 16 Scheduling Conference now that a Second Amended Complaint has been filed and Ms. Goldblatt has been added as a new plaintiff. The primary purpose of such a scheduling conference will be to get a Case Management Order approved that relates specifically to Ms. Goldblatt's claims. Sometime ago, I circulated a proposed Case Management Order for Goldblatt Claims. Counsel for defendant Zia Company already has approved the form of this proposed CMO. I made several requests of your office that you review the draft document and let me know whether you had any proposed revisions or, alternatively, whether I could indicate your approval as well. Again, we never heard back from your office. If in fact you are willing to approve this proposed CMO, it may not be necessary for Judge Puglisi to conduct a scheduling conference.

Thank you for your attention to the above. Please feel free to contact me should you wish to discuss any of these matters further.

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

Letter to Michael T. Howell
November 2, 2009
Page 2


Sincerely,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *[signature]*
W. Mark Mowery

WMM/s
Enclosure

cc: David Jaramillo
    Tim Fields
    Earl DeBrine
    Bruce Hall

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENE S. RYMAN, as personal representative
and next-of-kin of Lowell Edward Ryman,
Deceased, CORA MEDINA and
CYNTHIA GOLDBLATT,

        Plaintiffs,

vs.                                    Case No. CIV-08-0372 WDS/RLP

REGENTS OF THE UNIVERSITY
OF CALIFORNIA d/b/a LOS ALAMOS
NATIONAL LABORATORY, and
THE ZIA COMPANY,

        Defendants.

## NOTICE TO TAKE CONTINUED DEPOSITION OF PLAINTIFF RENE RYMAN

TO:    **Rene Ryman**
          c/o Michael T. Howell
          Reich & Binstock, LLP
          4265 San Felipe - Suite 1000
          Houston, TX 77027

       PLEASE TAKE NOTICE that Defendant Regents of the University of California d/b/a Los Alamos National Laboratory will take the continued deposition of Plaintiff Rene Ryman, before a certified court reporter, notary public and videographer on Thursday, December 17, 2009, commencing at 9:00 a.m. at the offices of Rodey, Dickason, Sloan, Akin & Robb, P.A., 201 Third Street, NW - Suite 2200, Albuquerque, NM.

       THIS DEPOSITION MAY BE USED AT TRIAL.

Respectfully submitted:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _____
W. Mark Mowery
Attorneys for Defendant Regents of the University of
California d/b/a Los Alamos National Laboratory
Post Office Box 1357
Santa Fe, NM 87504-1357
(505) 954-3900

We hereby certify that a true and accurate copy
of the foregoing was sent by U.S. mail to:

Michael T. Howell
Dennis C. Reich
Kaitlin Clark
Reich & Binstock, LLP
4265 San Felipe - Suite 1000
Houston, TX 77027

Tim L. Fields
Earl E. DeBrine, Jr.
Modrall Law Firm
Post Office Box 2168
Albuquerque, NM 87103

David J. Jaramillo
Gaddy Law Firm
2025 San Pedro Drive, NE
Albuquerque, NM 87110-5951

on this 2nd day of November, 2009.

Rodey, Dickason, Sloan, Akin & Robb, P.A.

By: _____
W. Mark Mowery