# Exhibit I

Febuary 6, 2009

Dear Client:

The witness has returned the *Changes and Signature* pages(s) within the allowed thirty (30) days pursuant to the Federal Rules of Civil Procedure; therefore, we are forwarding the changes back to you as the custodial attorney in this matter.

If you have any questions, please do not hesitate to contact us. As always, we appreciate your business.

Sincerely,
ESQUIRE DEPOSITION SERVICES

Cynthia Johnson
Certificate Dept.
210-331-2280 ext. 60064

Enclosure(s)

cc: All parties listed on the appearance page have been copied

Federrataot(2)

Rene S. Ryman

December 15, 2008

CHANGES AND SIGNATURE

| PAGE/LINE | CORRECTION | REASON FOR CHANGE |
|---|---|---|
| Page 301, line 21 | "treble damages" | NOT "trouble" damages |
| Page 341, line 14 | "...I was over the issue of the tuition." | NOT "I had called about the issue of the tuition." |
| Page 353, line 20 | "wouldn't have" | NOT "would have" |
| Page 419, line 6 | "paint her house" | NOT "clean her house" |
| Page 472, line 18 | Add to the end of my answer: "I now know that this is a personal filing that includes business debt." | This change of my previous testimony is based on additional information that has come to my attention. |
| Page 473, line 16 | Add to the end of my answer: "I now know that this is a personal filing that includes business debt." | This change of my previous testimony is based on additional information that has come to my attention. |
| Page 474, line 8 | Add to the end of my answer: "I now know that this is a personal filing that includes business debt." | This change of my previous testimony is based on additional information that has come to my attention. |
| Page 474, line 13 | Add to the end of my answer: "I now know that this is a personal filing that includes business debt." | This change of my previous testimony is based on additional information that has come to my attention. |
| Page 474, line 23 | Add to the end of my answer: "I now know that this is a personal filing that includes business debt." | This change of my previous testimony is based on additional information that has come to my attention. |
| Page 471, line 13 through Page 477, line 19 | Clarification: "The bankruptcy proceeding referred to in my deposition is a personal filing that includes business debt. When I gave this deposition I wasn't clear as to it being solely a personal filing since the petition reads 'dba Ryman Consulting, Inc.' I now understand that the filing is for me as an individual, but it includes business debt. | This change of my previous testimony is based on additional information that has come to my attention. |

I, Rene Ryman, have read the foregoing deposition and hereby affix my signature that the same is true and correct except as noted herein.

[signature]

RENE S. RYMAN
CA# CV-08-372

Subscribed and sworn to before me by the said witness, RENE S. RYMAN, on this the 20 day of January, 2009, in Sulaimani, Iraq.

[signature]
NOTARY PUBLIC SIGNATURE

My Commission Expires on: June 5, 2009

Rene Ryman December 15, 2008
479

CHANGES AND SIGNATURE

PAGE/LINE CORRECTION REASON FOR CHANGE

I, ______________________, have read the foregoing deposition and hereby affix my signature that same is true and correct except as noted herein.

______________________

RENE S. RYMAN
CA# CV-08-372

STATE OF ________________ )

Subscribed and sworn to before me by the said witness, RENE S. RYMAN, on this the _____ day of ________________, 2008.

______________________

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires:

ESQUIRE
DEPOSITION SERVICES®

Toll Free: 800.852.9737
Facsimile: 214.954.0506

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquirecom.com

STATE OF TEXAS )

I, Kelly Hassell, a Certified Shorthand Reporter in and for the State of Texas, do hereby certify that, pursuant to the agreement hereinbefore set forth, there came before me on the 15th day of December, A.D., 2008, at 8:49 a.m., at the Dallas Love Field Conference Center, located in the Houston Room, in the City of Dallas, State of Texas, the following named person, to wit: RENE S. RYMAN, who was by me duly cautioned and sworn to testify the truth, the whole truth and nothing but the truth, of her knowledge touching and concerning the matters in controversy in this cause; and that she was thereupon carefully examined upon her oath, and her examination was reduced to writing under my supervision; that the deposition is a true record of the testimony given by the witness, same to be sworn to and subscribed by said witness before any Notary Public, pursuant to the agreement of the parties; and that the amount of time used by each party at the deposition is as follows:

Mr. Hall - 2 hours, 33 minutes,

Mr. Fields - 1 hour, 14 minutes,

Mr. Howell - 1 minute;

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken,

and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

I further certify that, before completion of the deposition, the Deponent _____________, and/or the Plaintiff/Defendant ___________, did ___ did not ___ request to review the transcript.

In witness whereof, I have hereunto set my hand and affixed my seal this 5th day of January, A.D., 2009.

Kelly Hassell

KELLY HASSELL, CSR No. 5729
Cert. Expires 12/31/09
Esquire Deposition Services
Firm Registration No. 286
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
(214) 257-1436
(800) 852-9737
(214) 954-4111 (Fax)

Authentic Copy
Original certified
file was electronically signed
using RealLegal technology